**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:   (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Meshia V. Lindsey

# UNITED STATES DISTRICT COURT
## FOR THE
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MESHIA V. LINDSEY,**<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., AND DOES 1-10, INCLUSIVE,**<br><br>Defendant. | **Case No.:** 5:24-cv-02589-SHK<br><br>*HON. MAG. SHASHI H. KEWALRAMANI*<br><br>**NOTICE OF SETTLEMENT** |

///

///

///

///

**NOTICE OF SETTLEMENT**

## TO THE COURT:

The Plaintiff, through counsel, hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and respectfully requests that the Court grant Plaintiff until April 15, 2025 to file the expected Stipulation of Dismissal.

Respectfully submitted,

**THE CARDOZA LAW CORPORATION**

DATED: February 14, 2025

BY: /s/Michael F. Cardoza
Michael F. Cardoza, Esq.
Lauren B. Veggian, Esq.
Attorneys for Plaintiff,
Meshia V. Lindsey

## CERTIFICATE OF SERVICE

I, Michael F. Cardoza, am the ECF user whose identification and password are being used to file this document.

I also hereby certify that on February 14, 2025, I electronically filed a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court of California for the Central District of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

DATED:  February 14, 2025

THE CARDOZA LAW CORPORATION

BY: /s/ MICHAEL F. CARDOZA
MICHAEL F. CARDOZA, ESQ.
LAUREN B. VEGGIAN, ESQ.
ATTORNEYS FOR PLAINTIFF
MESHIA V. LINDSEY

**CERTIFICATE OF SERVICE**